IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERESA DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-601-RAH |
| ) | |
| FRANKIE KNIGHT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 30, 2025, the Magistrate Judge entered a Recommendation. (Doc. 13.) In his Recommendation, the Magistrate Judge concluded that the Complaint does not sufficiently show that Plaintiff has exhausted her remedies and further that the Complaint constitutes an improper shotgun pleading. The Magistrate Judge therefore recommended that the Complaint be dismissed without prejudice but that Plaintiff be given an opportunity to file an amended complaint. Plaintiff has not filed an objection. Upon an independent review of the file and for good cause, it is **ORDERED** as follows:

1. The Recommendation (Doc. 13) is **ADOPTED**;

2. Plaintiff **SHALL** file an Amended Complaint on or before **December 9, 2025**; and,

3. Should Plaintiff not file an amended complaint as directed, the Court will enter an order dismissing this case without prejudice in accordance with the Magistrate Judge's Recommendation.

**DONE** on this the 25th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE